DocuSign Envelope ID: 72DAA810-9BF9-4F63-868B-923D4BDFAD53

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 1:24-cv-10391-JEK

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated, | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| MORGAN STANLEY & CO., LLC, | ) ) |
| Defendant | ) |

### AFFIDAVIT OF JANE DOE

1. I am the Plaintiff in this matter. I am currently using the pseudonym Jane Doe pursuant to a pending motion to proceed under that pseudonym.

2. I previously applied for a position with Defendant Morgan Stanley.

3. When applying for that position, I used a computer-based application or applications.

4. I have no memory of seeing, reviewing, or agreeing to any terms regarding the arbitration of any legal claims.

Signed under the penalties of perjury on this date:

Dated: 3/4/2024

DocuSigned by: keyara Getu

Plaintiff